UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RUSSELL K. HILL,<br><br>       Plaintiff,<br><br>   v.<br><br>UNITED STATES,<br><br>       Defendants. | NO: 2:15-CV-159-RMP<br><br>ORDER DISMISSING ACTION |

By Order filed July 29, 2015, the Court denied Plaintiff's application to proceed *in forma pauperis,* ECF No. 5, and directed him to pay the full filing fee if he wished to pursue this action. Plaintiff, a *pro se* prisoner in Mississippi, is precluded from proceeding *in forma pauperis* under 28 U.S.C. § 1915(g). *See Hill v. Epps,* 169 F. App'x 199, 201 (5th Cir. 2006).

Plaintiff did not pay the $400.00 fee ($350.00 filing fee plus $50.00 administration fee) as directed. Almost two months have elapsed since the Court issued the Order and Mr. Hill has failed to comply.

ORDER DISMISSING ACTION -- 1

Therefore, **IT IS ORDERED** this action is **DISMISSED without prejudice** for failure to pay the $400.00 filing fee as ordered by the Court.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order, enter judgment, forward a copy to Plaintiff at his last known address and close the file.

**DATED** this 25th day of September 2015.

                        *s/ Rosanna Malouf Peterson*
                        ROSANNA MALOUF PETERSON
                        Chief United States District Court Judge