AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

RUSSELL K. HILL,

_____
*Plaintiff*                             )
                                        )
v.                                      )     Civil Action No.  2:15-CV-159-RMP
UNITED STATES,                          )
                                        )
                                        )

_____
*Defendant*

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❑  the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

❑  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____ .

☑  other:   Dismissed without prejudice.

This action was *(check one)*:

❑  tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

❑  tried by Judge _____ without a jury and the above decision
was reached.

❑  decided by Judge _____ on a motion for

Date:  9/25/2015 _____

                                        *CLERK OF COURT*

                                        SEAN F. McAVOY
                                        _____

                                        s/ Shelly Koegler
                                        _____
                                                        *(By) Deputy Clerk*

                                        Shelly Koegler
                                        _____